ENTERED ON

DEC 2 3

DOCKET

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE ) | CHAPTER 7 |
| ) | |
| JAMES B. THORSTEN ) | CASE NO. 06-65496-MHM |
| SELDON ACREE THORSTEN ) | |
| Debtors ) | |
| ) | |

| | |
|---|---|
| ) | |
| JAMES B. THORSTEN ) | ADVERSARY PROCEEDING |
| SELDON A. THORSTEN ) | NO. 08-9035-MHM |
| Plaintiffs ) | |
| v. ) | |
| ) | ORDER AND NOTICE OF |
| WELLS FARGO BANK, N.A., d/b/a ) | STATUS CONFERENCE |
| America's Servicing Company ) | |
| Norwest Home Improvement ) | |
| Defendant ) | |
| ) | |

NOTICE IS HEREBY GIVEN that a status conference for the complaint to recover money or property will be held at 11:15 a.m. on the 9th day of February, 2009, in Chambers 1290, United States Courthouse, 75 Spring Street, S. W., Atlanta, Georgia. Before the status conference, the parties should have engaged in substantial discovery. The parties should be prepared to fully discuss any problems with discovery and time, if any, needed for further discovery. It is further

ORDERED that, on or before 15 days before the date of the status conference, Counsel for Plaintiff and Counsel for Defendant are required to confer in a good faith effort to settle the case. Counsel for Plaintiff shall initiate arrangements for scheduling

the date of the conference and Counsel for Defendant shall reply and cooperate promptly.  It is further

ORDERED that, on or before 5 days prior to the date scheduled for the status conference, Counsel for Plaintiff and Counsel for Defendant shall file a joint statement certifying that a settlement conference has been held, whether the conference was in person or by telephone, the date of the meeting, the names of all participants, and that any offers of settlement were communicated to the clients.  The certificate shall also set forth opinions of each counsel as to the prospects of settlement of this adversary proceeding; specific problems, if any, which are hindering settlement; whether counsel intend to schedule additional settlement conferences; and whether counsel desire a conference with the Court regarding settlement problems.  The substance of the settlement discussions should not be disclosed unless, in the opinion of each counsel, such disclosure would not be prejudicial to the trial of the case.

SO ORDERED this the 23rd day of December, 2008.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

JAMES S. THORSTEN
SELDON A. THORSTEN
v.
WELLS FARGO BANK, N.A., d/b/a
America's Servicing Company, Norwest Home Improvement

08-9035-MHM

DISTRIBUTION LIST

Dent Acree, Esquire
Six North Parkway Square
4200 Northside Parkway, N. W.
Atlanta, GA 30327

Greg M. Taube, Esquire
Nelson Mullins Riley & Scarborough
Suite 1400
999 Peachtree Street, N. E.
Atlanta, GA 30309