UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ENTERED ON**

**FEB 22 2009**

**DOCKET**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JAMES S. THORSTEN, | ) | |
| SELDEN A. THORTSEN, | ) | CASE NO. 06-65496 - |
| MHM | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

| | | |
|---|---|---|
| JAMES S. THORTSEN, | ) | |
| SELDEN A. THORSTEN, | ) | |
| | ) | |
| Plaintiffs, | ) | **ADVERSARY PROCEEDING** |
| v. | ) | **NO. 08-9035** |
| | ) | |
| WELLS FARGO BANK, N.A. d/b/a | ) | |
| AMERICA'S SERVICING COMPANY | ) | |
| & NORWEST HOME IMPROVEMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REGARDING PRE-TRIAL INSTRUCTIONS**

A scheduling conference was held by telephone February 9, 2009. Pursuant to the agreement of counsel, it is hereby

ORDERED that the parties are allowed until March 20, 2009, to complete discovery. Any pretrial motions, including dispositive motions, should be filed on or before April 9, 2009.

IT IS SO ORDERED, this the 20th day of February, 2009.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE