**IT IS ORDERED as set forth below:**

**Date: November 06, 2009**

_____
**Margaret H. Murphy
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JAMES S. THORSTEN and | ) | CASE NO. 06-65496-MHM |
| SELDEN A. THORSTEN, | ) | |
| Debtors | ) | |
| | ) | |

| | | |
|---|---|---|
| JAMES S. THORSTEN and | ) | |
| SELDEN A. THORSTEN, | ) | |
| Plaintiffs, | ) | **ADVERSARY PROCEEDING** |
| | ) | **NO. 08-9035** |
| v. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A. | ) | |
| d/b/a AMERICA'S SERVICING | ) | |
| & NORWEST HOME IMPROVEMENT; | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Defendant Wells Fargo Bank, N.A., requests a four-day extension of time to respond to

Plaintiffs' motion for sanctions, which would otherwise be due November 2, 2009. Plaintiffs consent to the requested extension four-day extension. By consent, therefore, it is hereby

ORDERED that the Motion is granted and the time for Defendant Wells Fargo to respond to Plaintiffs' motion for sanctions is hereby extended four days to November 6, 2009.

**[ END OF DOCUMENT ]**


**Draft prepared and presented by:**

Gregory M. Taube, Esq.
**NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.**
201 17th Street, NW, Suite 1700
Atlanta, Georgia  30363
(404) 322-6000
greg.taube@nelsonmullins.com

**Consented to:**


/s/ W. Dent Acree
W. Dent Acree, Esq.
Six North Parkway Square
Atlanta, Georgia  30327
(404) 869-3400

**DISTRIBUTION LIST**

**Counsel for Movant:**
Gregory M. Taube
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, Suite 1700
Atlanta, Georgia  30363


**Counsel for Debtor(s):**
W. Dent Acree
Six North Parkway Square
4200 Northside Parkway, N.W.
Atlanta, Georgia  30327


**Debtor, Co-Debtor:**
James Thorsten
Shelden Thorsten
4436 Shelborne Drive
Dunwoody, Georgia  30338-6618

**Trustee**
Barbara B. Saltzer/Trustee
Baker Church & Saltzer
Suite N-4
555 Sun Valley Drive
Roswell, Georgia  30076