FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

DEC 22 2009 PM02:49

M. REGINA THOMAS,
CLERK

BY: _____
DEPUTY CLERK

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JAMES S. THORSTEN and<br>SELDEN A. THORSTEN, | )<br>)<br>) Chapter 7 |
| Debtors, | ) Case No. 06-65496-MHM |
| v. | ) |
| WELLS FARGO BANK N. A.<br>dba<br>AMERICA'S SERVISING COMPANY &<br>NORWEST HOME IMPROVEMENT<br>Defendants. | )<br>) ----------------------------------<br>) Adversary Proceeding<br>)<br>) File No.08-9035__ |

### NOTICE OF FILING OF ORIGINAL DEPOSITION

COMES NOW Debtor/Plaintiffs and file the original deposition transcript of witness Amy Brodish, taken by Plaintiffs on September 2, 2009, attached hereto and made a part hereof.

This 22nd day of December, 2009.

_W. Dent Acree (signature)_
W. Dent Acree
Attorney for Debtors/Plaintiffs
GA Bar No: 001600

Six North Parkway Square
4200 Northside Parkway, N.W.
Atlanta, Georgia 30327
Tel (404) 869-3400
fax (404) 869-3444
wdacree@aol.com

1

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

DEC 22 2009

M. REGINA THOMAS,
CLERK

UNITED STATE BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES S. THORSTEN and | ) Chapter 7 |
| | ) |
| SELDEN A. THORSTEN, | ) Case No. 06-65496-MHM |
| Debtors, | ) |
| ----------------------------------- | ) |
| JAMES S. THORSTEN and | ) ------------------------------ |
| SELDEN A. THORSTEN, | ) |
| | ) Adversary Proceeding |
| Debtors | ) |
| v. | ) Case No. 08-9035-NHM |
| | ) |
| WELLS FARGO BANK N. A. | ) |
| dba | ) |
| AMERICA'S SERVICING COMPANY & | ) |
| NORWEST HOME IMPROVEMENT; | ) |
| Defendant | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and accurate copy of the foregoing Notice of Filing of Original Deposition Transcript via first class U.S. Mail with adequate postage prepaid on the following persons or entities at the addresses stated:

Trustee Barbara B. Stalzer
Baker, Church & Stalzer
555 Sun Valley Drive
Suite N-4
Roswell, GA 30076

Wells Fargo Bank, N.A.
c/o Gregory M. Taube

2

Attorney for Wells Fargo Bank, N.A.
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street, NW
Suite 1700
Atlanta, GA 30363


This 22nd day of December, 2009.

                                                  W. Dent Acree
                                                  Attorney for Debtors/Plaintiffs
                                                  GA Bar No: 001600


Six North Parkway Square
4200 Northside Parkway, N.W.
Atlanta, Georgia 30327
Tel (404) 869-3400
fax (404) 869-3444
wdacree@aol.com

James S. Thorsten, et al. v. Wells Fargo Bank N.A., et al.   06-65496-MHM, et al.
Amy Brodish                                                         9/2/2009

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ORIGINAL

JAMES S. THORSTEN and
SELDEN A. THORSTON,
    Debtors,
    vs.
WELLS FARGO BANK N.A.
    dba
AMERICA'S SERVICING COMPANY;
NORWEST HOME IMPROVEMENT

    Defendants.

Chapter 7

Case No. 06-65496-MHM

Judge: Margaret Murphy

ADVERSARY PROCEEDING

CASE NO. 08-9035-MHM

    Telephonic Deposition of AMY BRODISH, taken
on behalf of the Debtors, pursuant to agreement of
counsel, before Alison M. Wyman, RPR, Certified
Court Reporter, at 201 17th Street, Northwest,
Atlanta, Georgia, on the 2nd day of September,
2009, commencing at the hour of 9:08 a.m.

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

DEC 2 2 2009

By: _____
M. Regina Thomas, Clerk
Deputy Clerk